UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

ALEJANDRO ESPINOZA,                          CASE NO. 1:24-cv-24800-RAR

      Plaintiff,

vs.

AMERICAN DAIRY QUEEN CORPORATION, a
Foreign Profit Corporation D/B/A DAIRY QUEEN

      Defendant,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, ALEJANDRO ESPINOZA by and through his undersigned counsel, hereby gives the
Court notice that Plaintiff, ALEJANDRO ESPINOZA and Defendant, AMERICAN DAIRY
QUEEN CORPORATION D/B/A DAIRY QUEEN have reached a settlement in this matter. The
parties are finalizing the settlement documents and will file a Notice of Dismissal. As such. parties
request that this honorable Court allow 60 days to finalize all documents before dismissing the
case.

Respectfully Submitted,

MENDEZ LAW OFFICES, PLLC
Attorney for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile:  305.809.8474
Email:info@mendezlawoffices.com
By: /s/ Diego German Mendez
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

### ###